# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 23, 2024

## NO. 03-22-00454-CV

**John Barnes Gordon,**
**Independent Executor of the Estate of Patrick Malcolm Gordon, Deceased, Appellant**

**v.**

**Beverly Diane Gordon, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**AFFIRMED IN PART; REVERSED AND REMANDED IN PART –**
**OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on June 28, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portion of the court's judgment awarding trial and appellate attorney's fees to appellee. Therefore, the Court reverses that portion of the trial court's judgment and remands the case to the trial court for redetermination of attorney's fees. The Court affirms the trial court's judgment in all other respects. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.